**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-24-00515-CV

———————————————

**FRANKLYN TARVER, Appellant**

**V.**

**CITY OF GALVESTON; CHIEF CLERK OF PROCEEDINGS, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKER'S COMPENSATION; TEXAS WORKFORCE COMMISSION, Appellees**

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Case No. 23-CV-2028**

---

## MEMORANDUM OPINION

Appellant, who is proceeding pro se, filed an appellant's brief on October 10, 2024. The brief failed to comply with the briefing requirements of Rule 38.1. *See* TEX. R. APP. P. 38.1. By order issued on October 17, 2024, the Court struck this

brief and ordered appellant to file a corrected brief. The order specified the deficiencies in the inclusion of multiple issues, many of which were not issues but fact statements or argument, the failure to include citations to the record, the overly-lengthy summary of the argument, and the short argument section providing no citations to the record or to authorities. The Court ordered a corrected brief to be filed within 30 days and warned that if appellant failed to comply with the order, the appeal might be dismissed. *See id.* 38.8(a), 42.3(b), 43.2(f). *See also Pathan v. Barboza*, No. 01-23-00783-CV, 2024 WL 1774220, at *1 (Tex. App.—Houston [1st Dist.] Apr. 25, 2024, no pet.) (mem. op.). Appellant's corrected brief, due on November 18, 2024, was filed on November 20, 2024.

Although appellant's corrected brief includes some improvements, it continues to present as issues statements of fact or argument and the Court is unable to determine exactly what issues are presented. The appellant also failed to provide citations to the record and instead, continued to cite to attachments to the brief, which the Court had previously stated was inappropriate.

The Court stated in its October 17, 2024 order that the Court might dismiss the appeal if appellant failed to comply with its order to file a brief in compliance with Rule 38.8. Appellant's corrected brief fails to comply with Rule 38.8 and this Court's October 17, 2024 order. *See* TEX. R. APP. P. 42.3(c).

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c),

43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.